1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                         **SOUTHERN DIVISION**

10

11    PETER SCHEERLINCK,                    )    No. SA CV 16-1012-JVS (PLA)
                                            )
12              Plaintiff,                  )    **ORDER ACCEPTING MAGISTRATE**
                                            )    **JUDGE'S REPORT AND**
13         v.                               )    **RECOMMENDATION RE: COUNTY OF**
                                            )    **ORANGE'S MOTION TO DISMISS (ECF**
14    ORANGE COUNTY SHERIFF'S DEPT.,        )    **NO. 107)**
      et al.,                               )
15                                          )
                Defendants.                 )
16    _____)

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, all the

18    records and files herein, and the Magistrate Judge's Report and Recommendation Re: County of

19    Orange's Motion to Dismiss (ECF No. 107).  The Court accepts the recommendations of the

20    Magistrate Judge.

21

22

23

24

25

26

27

28

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Defendant County of Orange's Motion to Dismiss is granted.

3.    Plaintiff's claims against the County of Orange shall be dismissed without leave to amend and with prejudice for failure to state a claim.

DATED: February 7, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE