# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.:  **SA CV 16-1012-JVS (PLA)**                                    Date: **September 10, 2019**

Title:   **Peter Scheerlinck v. Orange County Sheriff's Dept., et al.**

---

**PRESENT:  THE HONORABLE     PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**              **ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE                                                                                         NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

Pursuant to this Court's Order Re Discovery and Motions [Civil Rights] of June l3, 2019, each party was ordered to file a Status Report no later than September 3, 2019. To date, the Court has not received plaintiff's Status Report. Accordingly, **no later than September 24, 2019, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of plaintiff's Status Report on or before **September 24, 2019**, shall be deemed compliance with this Order to Show Cause.

cc:     Peter Scheerlinck, pro se
        Zachary M. Schwartz, Esq.

Initials of Deputy Clerk _____ch_____