**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PETER SCHEERLINCK,<br><br>        Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY SHERIFF'S DPET., et al.,<br><br>        Defendants. | No. SA CV 16-1012-JVS (PLA)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

On October 8, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R" (ECF No. 142)), recommending that the action be dismissed for plaintiff's failure to prosecute and to follow court orders and noting that plaintiff had not communicated with the Court since September 13, 2018. (R&R at 3). Since that date, on October 21, 2019, and October 23, 2019, mail from the Court addressed to plaintiff at his address of record has been returned as "Not Deliverable"/"Unable to Forward." (ECF Nos. 143, 144). Failure to inform the Court of a change of address during the pendency of an action provides the Court with another ground for dismissal for failure to prosecute. Carey v. King, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Rule 41-6 (stating that failure to inform the Court of a current address in and of itself warrants dismissal with or without prejudice for lack of prosecution).

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is approved and accepted.
2. Judgment shall be entered consistent with this Order.
3. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: November 1, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE