JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| PETER SCHEERLINCK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORANGE COUNTY SHERIFF'S DEPT., ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | No. SA CV 16-1012-JVS (PLA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting the Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: November 1, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE